In the Matter of SYRACUSE UNIVERSITY, Respondent, v PROJECT ORANGE ASSOCIATES SERVICES CORPORATION, Appellant.

Decided June 15, 2010

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

Judge READ taking no part.

ROBERT E. WALSH, Respondent, v RICHARD F. KRESGE, Appellant.

Submitted May 3, 2010; decided June 15, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.